UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PERDIDO TOWERS OWNERS
ASSOCIATION, INC.,

    VS                                                    Case No. 3:08cv58/WS/EMT

EMPIRE INDEMNITY INSURANCE
COMPANY

## REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on     August 4, 2008
Type of Motion/Pleading:  UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Filed by:   Defendant        on  8/1/2008    Document #   26
( X )   Consented
RESPONSES:  N/A

                                                   WILLIAM M. McCOOL, CLERK OF COURT

                                                   /s/ *Teresa Milstead*
                                                   Deputy Clerk: Teresa Milstead

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 5th day of August, 2008, that the requested relief is **GRANTED** as follows:

    1.    The Phase One discovery deadline is hereby extended to **October 13, 2008.**

    2.    Phase Two discovery shall not commence until the completion of mediation, or **November 17, 2008**, whichever occurs first, and all Phase Two discovery shall be completed by **February 13, 2009**.

    3.    The dispositive motion deadline is hereby extended to **February 25, 2009.**

    4.    Plaintiff's counsel shall advise the court on or before **October 13, 2008**, whether and when the parties will attend mediation.

                                                   /s/ *Elizabeth M. Timothy*
                                               **ELIZABETH M. TIMOTHY**
                                               **UNITED STATES MAGISTRATE JUDGE**